B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Souza, Lawrence James** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Souza, Judith Louise** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **8760** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **0333** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1066 North Johnson Road**<br>**Turlock, CA**<br>ZIPCODE **95380** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1066 North Johnson Road**<br>**Turlock, CA**<br>ZIPCODE **95380** |
| County of Residence or of the Principal Place of Business:<br>**Stanislaus** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1943**<br>**Turlock, CA**<br>ZIPCODE **95381-1943** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 1943**<br>**Turlock, CA**<br>ZIPCODE **95381-1943** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Various Locations (Rental Properties -, See Schedule A)**   ZIPCODE | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Souza, Lawrence James & Souza, Judith Louise** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Souza Propane, Inc.** | Case Number: **14-91633** | Date Filed: **12/17/2014** |
| District: **Eastern** | Relationship: **Debtor-Owned Entity** | Judge: **Ronald H. Sargis** |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                      Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Souza, Lawrence James & Souza, Judith Louise** |

## Signatures

<table>
<tr><td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  **Lawrence James Souza**
Signature of Debtor

X _____  **Judith Louise Souza**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_____
4/10/15
Date

</td><td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td></tr>
<tr><td>

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**David M. Meegan 114549**
Meegan, Hanschu & Kassenbrock
11341 Gold Express Drive, Suite 110
Gold River, CA  95670
**(916) 925-1800  Fax: (916) 925-1265**
dmeegan@mhksacto.com

4/10/15
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td><td>

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

</td></tr>
<tr><td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td><td>

X _____
Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td></tr>
</table>

B1D (Official Form 1, Exhibit D) (12/09)

### United States Bankruptcy Court
### Eastern District of California

IN RE:                                                                         Case No. _____

Souza, Lawrence James                                              Chapter 11
_____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 12459-CAE-CC-025341430



12459-CAE-CC-025341430

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 9, 2015</u>, at <u>10:18</u> o'clock <u>PM PDT</u>, <u>Lawrence Souza</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 9, 2015</u>          By:     <u>/s/Lior Goodman</u>

Name:  <u>Lior Goodman</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                                    Case No. _____

**Souza, Judith Louise**                                            Chapter **11** _____
_____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

> ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

> ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

> ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _Judith Louise Souza_

Date: _4/10/15_

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 12459-CAE-CC-025341431



12459-CAE-CC-025341431

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 9, 2015, at 10:18 o'clock PM PDT, Judith Souza received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 9, 2015                    By:    /s/Lior Goodman

                                         Name:  Lior Goodman

                                         Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                           Case No. _____

Souza, Lawrence James & Souza, Judith Louise                    Chapter 11
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| The Money Brokers, Inc. 2371 El Camino Avenue Sacramento, CA 95821 | | Personal guaranty | Contingent Unliquidated | 955,812.62 |
| The Curtis Family Trust Attn: Juanita Curtis, Trustee P.O. Box 19 Turlock, CA 95381 | | Private loan | | 920,350.00 Collateral: 430,000.00 Unsecured: 490,350.00 |
| Turlock Air Properties, Inc. 519 E. Greenway Turlock, CA 95380 | | Promissory notes | | 375,915.36 |
| The Curtis Family Trust Attn: Juanita Curtis, Trustee P.O. Box 19 Turlock, CA 95381 | | Private loan | | 331,191.00 Collateral: 120,000.00 Unsecured: 211,191.00 |
| Damrell, Nelson, Schrimp, Pallios, Pacher & Silva 1601 I Street, Fifth Floor Modesto, CA 95354 | | Legal services | | 107,153.34 |
| Calone & Harrel 1810 Grand Canal Boulevard, Ste. 6 Stockton, CA 95207 | | Legal services | | 66,912.21 |
| Seterus P.O. Box 2008 Grand Rapids, MI 49501-2008 | | Commerical loan | | 131,036.00 Collateral: 75,000.00 Unsecured: 56,036.00 |
| Wells Fargo Bank P.O. Box 10335 Des Moines, IA 50306 | | Deed of trust | | 164,162.00 Collateral: 550,000.00 Unsecured: 36,162.00 |
| Discover 2193 P.O. Box 3094 Salt Lake City, UT 84130 | | Credit card | | 27,104.70 |
| Wells Fargo Bank 0555 P.O. Box 30086 Los Angeles, CA 90030-0086 | | Credit card | | 24,650.01 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Citibank<br>7388<br>P.O. Box 6004<br>Sioux Falls, SD  57117-6004 | Credit card | | 23,393.92 |
|---|---|---|---|
| Chase<br>8891<br>P.O. Box 15123<br>Wilmington, DE  19850-5123 | Credit card | | 22,994.79 |
| Financial Pacific Leasing, Inc.<br>3455 S 344th Way, Suite 300<br>Federal Way, WA  98001 | Guaranty of lease | Contingent<br>Unliquidated<br>Disputed | 20,184.49 |
| Sears Gold<br>5850<br>P.O. Box 6282<br>Sioux Falls, SD  57117-6282 | Credit card | | 15,941.11 |
| Golden One<br>1710<br>P.O. Box 15966<br>Sacramento, CA  95852-0966 | Credit card | | 15,131.84 |
| Wells Fargo Business Direct<br>4660<br>P.O. Box 348750<br>Sacramento, CA  95834 | Credit card | | 11,439.80 |
| Janice Mollard<br>111 E. Minnesota<br>Turlock, CA  95380 | Personal loan | | 11,000.00 |
| Golden 1 Credit Union<br>P.O. Box 15249<br>Sacramento, CA  95851-0249 | Line of credit | | 10,000.00 |
| AT&T Universal / Citi<br>8940<br>P.O. Box 6500<br>Sioux Falls, SD  57117-6500 | Credit card | | 8,692.32 |
| Marina Palmira<br>Carretera A Pichilingue Km. 2.5 Edificio<br>La Paz, Baja California Sur<br>Mexico C.P.,    23010 | Marina storage fees | | 7,998.02 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4/10/15    Signature of Debtor _____    Lawrence James Souza

Date: 4/10/15    Signature of Joint Debtor (if any) _____    Judith Louise Souza

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
# Eastern District of California

IN RE:                                                          Case No. _____

__Souza, Lawrence James & Souza, Judith Louise_____     Chapter 11
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $ 2,074,000.00 | | |
| B - Personal Property | Yes | 4 | $ 1,927,960.24 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 2,914,682.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 2,169.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 1,762,455.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 10 | | | $ 12,483.31 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 24,917.27 |
| TOTAL | | 38 | $ 4,001,960.24 | $ 4,679,307.43 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                                 Case No. _____

Souza, Lawrence James & Souza, Judith Louise _____   Chapter 11
_____Debtor(s)_____

**STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR,** Form 22B Line 14; **OR,** Form 22C-1 Line 14 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Attachment to Schedule A (Real Property):

The amounts of the secured claims are overstated because the IRS lien of $254,837.89 is shown as a secured debt encumbering all properties and the $250,000 Curtis Family Trust deed of trust is shown as encumbering five of the properties.

B6A (Official Form 6A) (12/07)

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                                Case No. _____
                           Debtor(s)                                                      (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

<div style="writing-mode: vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1066 N. Johnson Road<br>Turlock, CA 95380<br>APN: 051-018-077<br>Debtors' personal residence | | J | 550,000.00 | 840,999.89 |
| 121 W. Syracuse Avenue<br>Turlock, CA 95380<br>APN: 042-004-029<br>Residential rental property acquired in 2011 | | J | 173,000.00 | 300,837.89 |
| 200 W. Syracuse Ave. and 842 N. Golden State Blvd.<br>Turlock, CA 95380<br>APN: 042-009-021<br>Residential rental property acquired in 1982<br>(value listed is based on short sale) | | J | 430,000.00 | 1,177,119.72 |
| 201 W. Syracuse Avenue<br>Turlock, CA 95380<br>APN: 042-005-001<br>Residential rental property acquired in 1989<br>(value listed is based on current short sale listing price) | | J | 75,000.00 | 635,873.89 |
| 223 W. Syracuse Avenue<br>Turlock, CA 95380<br>APN: 042-005-002<br>Residential rental property acquired in 1999<br>(value listed is based on current short sale listing price) | | J | 132,000.00 | 631,678.89 |
| 235 W. Syracuse Avenue<br>Turlock, CA 95380<br>APN: 042-005-003<br>Residential rental property acquired in 1976 | | J | 149,000.00 | 627,537.89 |
| 830 N. Golden State Boulevard<br>Turlock, CA 95380<br>APN: 042-009-022<br>Residential rental property acquired in 1986<br>(value listed is based on current short sale listing price) | | J | 120,000.00 | 586,566.18 |
| 87 W. Canal Drive<br>Turlock, CA 95380<br>APN: 042-009-030<br>Residential rental property acquired in 1989 | | J | 250,000.00 | 572,755.89 |
| 97 W. Canal Drive<br>Turlock, CA 95380<br>APN: 042-009-0324 | | J | 195,000.00 | 580,014.89 |
| | | TOTAL | 2,074,000.00 | |

(Report also on Summary of Schedules)

IN RE Souza, Lawrence James & Souza, Judith Louise      Case No. _____
              Debtor(s)                                              (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residential rental property acquired in 1995 | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Souza, Lawrence James & Souza, Judith Louise     Case No. _____
                      Debtor(s)                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | C | 4,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America**<br>**501 E. Main**<br>**Turlock, CA 95380**<br>**Checking Account ending with 6150**<br>**(account has negative balance of -$254.00)** | J | 0.00 |
| | | **Golden One Credit Union**<br>**Savings Account ending with 428-0**<br>**2450 Geer Road**<br>**Turlock, CA 95380** | J | 1.00 |
| | | **Provident Credit Union**<br>**303 Twin Dolphin Drive**<br>**Redwood Shares, CA 94065**<br>**Checking Account ending with 5740** | J | 10.19 |
| | | **Provident Credit Union**<br>**303 Twin Dolphin Drive**<br>**Redwood Shares, CA 94065**<br>**Savings Account ending with 5740** | J | 5.00 |
| | | **Rabobank**<br>**2190 W. Monte Vista**<br>**Turlock, CA 95382**<br>**Checking Account ending with 3552** | J | 1.00 |
| | | **Rabobank**<br>**2190 W. Monte Vista**<br>**Turlock, CA 95382**<br>**Savings Account ending with 3148** | | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings**<br>**(no one item exceeds $600 in value)** | C | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. books, pictures, art objects, CD's, etc.**<br>**(no one item exceeds $600 in value)** | C | 1,000.00 |
| 6. Wearing apparel. | | **Men's and women's clothing**<br>**(no one item exceeds $600 in value)** | C | 100.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>  Case No. _____
      Debtor(s)              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Jewelry**<br>**(one woman's wedding ring set, two gold chains/necklaces, one gold bracelet, diamond pendant and earrings, and one man's wedding ring set)** | C | 5,000.00 |
| | | **One (1) fox fur small coat** | W | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **One (1) Rossi 38 Special** | H | 100.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Souza Propane, Inc.**<br>**Each debtor holds 50% of the stock. Entity filed a Chapter 11 bankruptcy on 12/17/2014)** | J | unknown |
| | | **Souza Properties, Inc.**<br>**(fka Souza Furniture, Appliance and T.V., Inc.)**<br>**Each debtor holds 50% of the stock. Valued listed is based on estimated $2 mil FMV (range of $1.5 - $2.6 mil) of real property owned by entity minus appx. $1,000,000 owed on first deed of trust and $250,000 owed on second deed of trust.** | J | 750,000.00 |
| | | **Turlock Air Park, Inc.**<br>**(Lawrence Souza holds 25% of the shares)**<br>**Property is currently listed for sale at $6,295,000.** | H | 1,000,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Promissory note issued by Turlock Air Park, Inc., in favor of debtor Lawrence Souza on October 1, 2012.** | H | 101,407.05 |
| | | **Promissory note issued by Turlock Air Park, Inc., in favor of debtor Lawrence Souza on October 1, 2012.** | H | 10,502.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>          Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Debtors have a property damage insurance claim for damages to residential real property rental located at 223 Syracuse, | J | 5,000.00 |
| | | Debtors have a property damage insurance claim for damages to residential real property rental located at 201 Syracuse, | J | 15,000.00 |
| | | Debtors have a property damage insurance claim for damages to residential real property rental located at 121 Syracuse, | J | 25,000.00 |
| | | Money owed to debtors by Souza Propane, Inc.  Face amount of obligations is $1,254,077.87.  Collectibility is unknown due to Souza Propane, Inc.'s Chapter 11 filing. | J | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Town & Country mini van mileage: 139480 VIN: 2A4GP64L16R697981 condition: fair | C | 4,333.00 |
| 26. Boats, motors, and accessories. | | 1973 DeFever Off Shore Cruiser Hull #72362-26 No. CF6954FH (docked at Marina Palmira in La Paz, Baja California Sur, Mexico; value listed is based on estimated $20,000 current value minus approximately $7,000 owed to marina for storage and $12,000 for needed repairs) | C | 1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                          Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,927,960.24** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE Souza, Lawrence James & Souza, Judith Louise                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | CCCP § 703.140(b)(1) and (5) | 4,000.00 | 4,000.00 |
| **Golden One Credit Union**<br>**Savings Account ending with 428-0**<br>**2450 Geer Road**<br>**Turlock, CA 95380** | CCCP § 703.140(b)(1) and (5) | 1.00 | 1.00 |
| **Provident Credit Union**<br>**303 Twin Dolphin Drive**<br>**Redwood Shares, CA 94065**<br>**Checking Account ending with 5740** | CCCP § 703.140(b)(1) and (5) | 10.19 | 10.19 |
| **Provident Credit Union**<br>**303 Twin Dolphin Drive**<br>**Redwood Shares, CA 94065**<br>**Savings Account ending with 5740** | CCCP § 703.140(b)(1) and (5) | 5.00 | 5.00 |
| **Rabobank**<br>**2190 W. Monte Vista**<br>**Turlock, CA 95382**<br>**Checking Account ending with 3552** | CCCP § 703.140(b)(1) and (5) | 1.00 | 1.00 |
| **Rabobank**<br>**2190 W. Monte Vista**<br>**Turlock, CA 95382**<br>**Savings Account ending with 3148** | CCCP § 703.140(b)(1) and (5) | 1.00 | 1.00 |
| **Household goods and furnishings**<br>**(no one item exceeds $600 in value)** | CCCP § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Misc. books, pictures, art objects, CD's, etc.**<br>**(no one item exceeds $600 in value)** | CCCP § 703.140(b)(1) and (5) | 1,000.00 | 1,000.00 |
| **Men's and women's clothing**<br>**(no one item exceeds $600 in value)** | CCCP § 703.140(b)(1) and (5) | 100.00 | 100.00 |
| **Jewelry**<br>**(one woman's wedding ring set, two gold chains/necklaces, one gold bracelet, diamond pendant and earrings, and one man's wedding ring set)** | CCCP § 703.140(b)(1) and (5)<br>CCCP § 703.140(b)(4) | 3,475.00<br>1,525.00 | 5,000.00 |
| **One (1) fox fur small coat** | CCCP § 703.140(b)(1) and (5) | 500.00 | 500.00 |
| **Turlock Air Park, Inc.**<br>**(Lawrence Souza holds 25% of the shares)**<br>**Property is currently listed for sale at $5,295,000.** | CCCP § 703.140(b)(1) and (5) | 16,331.81 | 1,000,000.00 |
| **2006 Town & Country mini van**<br>**mileage: 139480**<br>**VIN: 2A4GP64L16R697981**<br>**condition: fair** | CCCP § 703.140(b)(2) | 5,100.00 | 4,333.00 |
| **1973 DeFever Off Shore Cruiser**<br>**Hull #72362-26**<br>**No. CF6954FH**<br>**(docked at Marina Palmira in La Paz, Baja California Sur, Mexico;**<br>**value listed is based on estimated $20,000** | CCCP § 703.140(b)(1) and (5) | 1,000.00 | 1,000.00 |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                    Case No. _____
                            Debtor(s)                                                     (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| current value minus approximately $7,000 owed to marina for storage and $12,000 for needed repairs) | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Souza, Lawrence James & Souza, Judith Louise      Case No. _____
                            Debtor(s)                                                     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H– Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1407**<br>**Carrington Mortgage Services**<br>P.O. Box 54285<br>Irvine, CA 92619-4285 | | J | **First deed of trust holder on debtors' primary residence located at 1066 N. Johnson Road**<br><br>VALUE $ **550,000.00** | | | | **422,000.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | J | **Past-due amount owed for 2009 and 2010 tax years. Liens placed on debtors' primary residence and all rental properties.**<br><br>VALUE $ **2,074,000.00** | | | | **254,837.89** | **44,473.89** |
| ACCOUNT NO. **4002**<br>**Provident Credit Union**<br>303 Twin Dolphin Drive<br>Redwood City, CA 94065-1497 | | J | **First deed of trust holder on rental property located at 87 W. Canal Drive**<br><br>VALUE $ **250,000.00** | | | | **67,918.00** | |
| ACCOUNT NO. **4004**<br>**Provident Credit Union**<br>303 Twin Dolphin Drive<br>Redwood City, CA 94065-1497 | | J | **First deed of trust on rental property located at 97 W. Canal Drive**<br><br>VALUE $ **195,000.00** | | | | **75,177.00** | |

   **2** continuation sheets attached

Subtotal (Total of this page) $ **819,932.89** | $ **44,473.89**

Total (Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE Souza, Lawrence James & Souza, Judith Louise _____ Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ruth And Michael Maiman, Co-Trustees Of The Maiman Revocable Trust A<br>1257 Sanguinetti Rd #185<br>Sonora, CA 95370-6215 | | J | First deed of trust holder on rental property located at 121 W. Syracuse Avenue<br><br>VALUE $ 173,000.00 | | | | 46,000.00 | |
| ACCOUNT NO. 1226<br>Seterus<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | | J | First deed of trust holder on rental property located at 201 W. Syracuse Avenue<br><br>VALUE $ 75,000.00 | | | | 131,036.00 | 56,036.00 |
| ACCOUNT NO. 2196<br>Seterus<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | | J | First deed of trust holder on rental property located at 223 W. Syracuse Avenue<br><br>VALUE $ 132,000.00 | | | | 126,841.00 | |
| ACCOUNT NO. 2219<br>Seterus<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | | J | First deed of trust holder on rental property located at 235 W. Syracuse Avenue<br><br>VALUE $ 149,000.00 | | | | 122,700.00 | |
| ACCOUNT NO.<br>Stanislaus County Tax Collector<br>Gordon B. Ford<br>P.O. Box 859<br>Modesto, CA 95353-0859 | | J | Unpaid property taxes owed on 830 N. Golden State Boulevard property.<br><br>VALUE $ 120,000.00 | | | | 537.29 | 537.29 |
| ACCOUNT NO.<br>Stanislaus County Tax Collector<br>Gordon B. Ford<br>P.O. Box 859<br>Modesto, CA 95353-0859 | | J | Unpaid property taxes owed on 200 W. Syracuse Avenue property.<br><br>VALUE $ 430,000.00 | | | | 1,931.83 | 1,931.83 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 429,046.12   $ 58,505.12

Total (Use only on last page) $          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>          Case No. _____
<div style="text-align:center">Debtor(s)                                                                    (If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The Curtis Family Trust<br>Attn: Juanita Curtis, Trustee<br>P.O. Box 19<br>Turlock, CA 95381 | | J | First deed of trust on rental property located at 830 N. Golden State Boulevard<br><br><br>VALUE $ **120,000.00** | | | | 331,191.00 | 211,191.00 |
| ACCOUNT NO.<br><br>The Curtis Family Trust<br>Attn: Juanita Curtis, Trustee<br>P.O. Box 19<br>Turlock, CA 95381 | | J | First deed of trust on rental property located at 200 W. Syracuse Avenue/842 N. Golden State Boulevard<br><br>VALUE $ **430,000.00** | | | | 920,350.00 | 490,350.00 |
| ACCOUNT NO.<br><br>The Curtis Family Trust<br>Attn: Juanita Curtis, Trustee<br>P.O. Box 19<br>Turlock, CA 95381 | | J | Second deed of trust secured by rental properties located at 87 W. Canal, 97 W. Canal, 201 W. Syracuse, 223 W. Syracuse, and 235 W. Syracuse<br><br>VALUE $ **801,000.00** | | | | 250,000.00 | |
| ACCOUNT NO. 0152<br><br>Wells Fargo Bank<br>P.O. Box 10335<br>Des Moines, IA 50306 | | J | Second deed of trust holder on debtors' primary residence located at 1066 N. Johnson Road<br><br>VALUE $ **550,000.00** | | | | 164,162.00 | 36,162.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

<table>
<tr><td>Subtotal<br>(Total of this page)</td><td>$ 1,665,703.00</td><td>$ 737,703.00</td></tr>
<tr><td>Total<br>(Use only on last page)</td><td>$ 2,914,682.01</td><td>$ 840,682.01</td></tr>
</table>

<div style="text-align:right">(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                  Case No. _____
                Debtor(s)                                                                                       (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>        Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** | | J | **Personal income taxes owed for tax year ending 12/31/2013** | | | | **2,169.63** | **2,169.63** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **2,169.63**   $ **2,169.63**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **2,169.63**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **2,169.63**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Souza, Lawrence James & Souza, Judith Louise _____ Case No. _____
                        Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allied Insurance<br>Winton Ireland, Strom & Green Insurance<br>P.O. Box 3277<br>Turlock, CA  95831 | | | Unpaid insurance premium | | | | 775.00 |
| ACCOUNT NO. 3089<br>American Express<br>3089<br>P.O. Box 981535<br>El Paso, TX  79998-1535 | | H | Credit card | | | | 6,717.41 |
| ACCOUNT NO.<br>AT&T<br>P.O. Box 5014<br>Carol Stream, IL  60197-5014 | | H | Phone, cable, internet | | | | 270.00 |
| ACCOUNT NO. 8940<br>AT&T Universal / Citi<br>8940<br>P.O. Box 6500<br>Sioux Falls, SD  57117-6500 | | J | Credit card | | | | 8,692.32 |

    8 continuation sheets attached

Subtotal
(Total of this page) $ 16,454.73

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Souza, Lawrence James & Souza, Judith Louise</u>                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4178**<br>**Bank Of America**<br>**4178**<br>**P.O. Box 982235**<br>**El Paso, TX  79998-2235** | | J | Credit card | | | | 4,325.00 |
| ACCOUNT NO. **3089**<br>**Bank Of America**<br>**3089**<br>**P.O. Box 15019**<br>**Wilmington, DE  19886-5019** | | J | Credit Card | | | | 1,883.90 |
| ACCOUNT NO.<br>**Calone & Harrel**<br>**1810 Grand Canal Boulevard, Ste. 6**<br>**Stockton, CA  95207** | | | Legal services | | | | 66,912.21 |
| ACCOUNT NO. **1845**<br>**Capital One Retail Services**<br>**(Costco) 1845**<br>**P.O. Box 60504**<br>**City Of Industry, CA  91716-0504** | | H | Credit card | | | | 3,835.77 |
| ACCOUNT NO. **8891**<br>**Chase**<br>**8891**<br>**P.O. Box 15123**<br>**Wilmington, DE  19850-5123** | | W | Credit card | | | | 22,994.79 |
| ACCOUNT NO.<br>**CIG**<br>**Winton Ireland, Strom & Green Insurance**<br>**P.O. Box 3277**<br>**Turlock, CA  95381** | | | Unpaid insurance premium | | | | 989.00 |
| ACCOUNT NO. **7388**<br>**Citibank**<br>**7388**<br>**P.O. Box 6004**<br>**Sioux Falls, SD  57117-6004** | | W | Credit card | | | | 23,393.92 |

Sheet no. ____**1** of ____**8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **124,334.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Souza, Lawrence James & Souza, Judith Louise     Case No. _____
<br>                   Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City Of Turlock**<br>**144 South Broadway**<br>**Turlock, CA  95380** | | J | **Utilities** | | | | 125.00 |
| ACCOUNT NO.<br>**CompSecure**<br>**327 Van Dyken Way**<br>**Ripon, CA  95366** | | H | **Computer ervices** | | | | 150.00 |
| ACCOUNT NO.<br>**Crossroads Equipment Lease And Finance**<br>**Attn: William J. Kelley, Esq.**<br>**19200 Von Karman Ave #600**<br>**Irvine, CA  92612** | X | J | **Debtors are listed as defendants in a lawsuit file by this listed creditor (see Statement of Financial Affairs No. 4).** | X | X | X | unknown |
| ACCOUNT NO.<br>**Damrell, Nelson, Schrimp, Pallios, Pacher & Silva**<br>**1601 I Street, Fifth Floor**<br>**Modesto, CA  95354** | | H | **Legal services** | | | | 107,153.34 |
| ACCOUNT NO. 2193<br>**Discover**<br>**2193**<br>**P.O. Box 3094**<br>**Salt Lake City, UT  84130** | | H | **Credit Card** | | | | 27,104.70 |
| ACCOUNT NO.<br>**Dual Arch International, Inc.**<br>**P.O. Box 5**<br>**Modesto, CA  95353** | | J | **(foreclosure company issuing notice of trustee's sale on property located at 830 Golden State Boulevard)** | | | | duplicate |
| ACCOUNT NO.<br>**Eduardo Fernandez**<br>**Carretera A Pichilingue Km. 2.5 Edificio**<br>**La Paz, Baja California Sur**<br>**Mexico C.P.,    23010** | | | **Repair services** | | | | 1,300.00 |

Sheet no. **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **135,833.04**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Souza, Lawrence James & Souza, Judith Louise     Case No. _____
                   Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Elaine Wilson<br>5516 Freeman Circle<br>Rocklin, CA 95677 | | | Personal loan | | | | unknown |
| ACCOUNT NO.<br>Ferrellgas, L.P.<br>Attn: Matthew J. Weber - Downey Brand<br>3425 Brookside Road, Suite A<br>Stockton, CA 95219-1757 | X | J | Debtors are listed as defendants in a lawsuit file by this listed creditor (see Statement of Financial Affairs No. 4). | X | X | X | unknown |
| ACCOUNT NO.<br>Financial Pacific Leasing, Inc.<br>3455 S 344th Way, Suite 300<br>Federal Way, WA 98001 | X | C | Debtors ostensibly signed personal guaranties for this debt owed by Souza Propane, Inc. | X | X | X | 20,184.49 |
| ACCOUNT NO.<br>Foremost Insurance<br>Winton Ireland, Strom & Green Insurance<br>P.O. Box 3277<br>Turlock, CA 95381 | | | Unpaid insurance premium | | | | 648.86 |
| ACCOUNT NO.<br>Gallina, LLP<br>2870 Gold Tailings Court<br>Rancho Cordova, CA 95670-6169 | | C | Accounting services | | | | 5,040.00 |
| ACCOUNT NO. 2895<br>Golden 1 Credit Union<br>P.O. Box 15249<br>Sacramento, CA 95851-0249 | | J | Line of credit | | | | 10,000.00 |
| ACCOUNT NO. 1710<br>Golden One<br>1710<br>P.O. Box 15966<br>Sacramento, CA 95852-0966 | | J | Credit card. | | | | 15,131.84 |

Sheet no. __3__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                            (Total of this page)   $ **51,005.19**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>          Case No. _____
       Debtor(s)               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gurmukh Gill<br>1081 Boxwood<br>Turlock, CA 95380 | | | Personal loan | | | | 5,000.00 |
| ACCOUNT NO.<br>Gurmukh Gill<br>1081 Boxwood<br>Turlock, CA 95380 | | | Personal loan | | | | unknown |
| ACCOUNT NO.<br>IPFS<br>Winton Ireland, Strom & Green Insurance<br>P.O. Box 3277<br>Turlock, CA 95831 | | | Unpaid insurance premium | | | | 2,109.33 |
| ACCOUNT NO.<br>J.C. Penney/Synchrony Bank<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | | | Credit Card | | | | 950.00 |
| ACCOUNT NO.<br>Janice Mollard<br>111 E. Minnesota<br>Turlock, CA 95380 | | | Personal loan | | | | 11,000.00 |
| ACCOUNT NO.<br>John Souza, Jr.<br>112 Steffy Road 460<br>Ramona, CA 92065 | | | Personal loan | | | | unknown |
| ACCOUNT NO.<br>Kemper CPA Group<br>929 N. Central Avenue, Suite A<br>Tracy, CA 95376 | | | Accounting services | | | | 5,000.00 |

Sheet no. __4__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $ **24,059.33**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                    Case No. _____
                          Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kenneth McBay**<br>**660 Corello**<br>**Turlock, CA 95380** | | | Personal loan | | | | 2,000.00 |
| ACCOUNT NO.<br>**Kiva Energy**<br>**Attn: Neumiller & Beardslee**<br>**P.O. Box 20**<br>**Stockton, CA 95201-3020** | X | J | Debtors are listed as defendants in a lawsuit file by this listed creditor (see Statement of Financial Affairs No. 4). | X | X | X | unknown |
| ACCOUNT NO.<br>**Liberty Insurance**<br>**Winton Ireland, Strom & Green Insurance**<br>**P.O. Box 3277**<br>**Turlock, CA 95381** | | | Unpaid insurance premium | | | | unknown |
| ACCOUNT NO.<br>**Marina Palmira**<br>**Carretera A Pichilingue Km. 2.5 Edificio**<br>**La Paz, Baja California Sur**<br>**Mexico C.P.,    23010** | | | Past due marina storage fees | | | | 7,998.02 |
| ACCOUNT NO.<br>**Merced Property And Casualty Insurance**<br>**Winton Ireland, Strom & Green Insurance**<br>**P.O. Box 3277**<br>**Turlock, CA 95381** | | | Unpaid insurance premium | | | | unknown |
| ACCOUNT NO. 8040<br>**Michael & Associates PC**<br>**For American Express**<br>**555 St. Charles Drive, Suite 204**<br>**Thousand Oaks, CA 91360** | | H | (collection firm for American Express) | | | | duplicate |
| ACCOUNT NO.<br>**Pacific Gas & Electric**<br>**135 North Center Street**<br>**Turlock, CA 95380** | | J | Utilities | | | | 200.00 |

Sheet no. __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal | $ | 10,198.02
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Souza, Lawrence James & Souza, Judith Louise          Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rodarakis & Sousa<br>1301 L Street, Suite #4<br>Modesto, CA 95354 | | | Legal services | | | | 7,175.00 |
| ACCOUNT NO. 5880<br>Sears Gold<br>5850<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | | J | Credit card | | | | 15,941.11 |
| ACCOUNT NO.<br>Sequoia Property Management<br>1175 Geer Road, Suite E<br>Turlock, CA 95380 | | | Property management services | | | | unknown |
| ACCOUNT NO.<br>Shasta Gas Propane, Inc.<br>Attn: Griffith J. Tonkin, Esq.<br>1267 Willis Street<br>Redding, CA 96001 | X | H | Debtor Lawrence Souza is listed as a defendant in a lawsuit file by this listed creditor (see Statement of Financial Affairs No. 4). | X | X | X | unknown |
| ACCOUNT NO.<br>Steven Altman, PC<br>1127 North Johnson Road<br>Turlock, CA 95380 | | J | Legal services | | | | 90.00 |
| ACCOUNT NO. 8182<br>Target<br>8182<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | | J | Credit card | | | | 6,772.01 |
| ACCOUNT NO.<br>The Money Brokers, Inc.<br>2371 El Camino Avenue<br>Sacramento, CA 95821 | X | J | Debtors signed personal guaranties on this loan secured by property not owned by debtors individually, but owned by debtor-controlled entity Souza Properties, Inc. (property address: 826 N. Golden State Boulevard, Turlock, CA) | X | X | | 955,812.62 |

Sheet no. __6__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 985,790.74

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>          Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TID**<br>**333 East Canal Drive**<br>**Turlock, CA  95380** | | J | **Utilities** | | | | **200.00** |
| ACCOUNT NO.<br>**Turlock Air Properties, Inc.**<br>**519 E. Greenway**<br>**Turlock, CA  95380** | | H | **This debt is compromised of following promissory notes. Principals balances and accrued interest are due and payble upon the sale of Turlock Air Park's real property. 8/6/12 - $120,000, 8/6/2012 - $120,000, 8/6/12 - $120,000, 8/6/12 - $5,305.12, 8/6/12 - $5,305.12, and 8/8/12 - $5,305.12.** | | | | **375,915.36** |
| ACCOUNT NO.<br>**Turlock Unified School District**<br>**1574 East Canal Drive**<br>**Turlock, CA  95380** | | J | **Unpaid health/dental insurance premium** | | | | **1,691.77** |
| ACCOUNT NO.<br>**Turner Gas Company**<br>**Attn: Brian A. Lebrecht, Esq.**<br>**4695 MacArthur Court, 11th Floor**<br>**Newport Beach, CA  92660** | | H | **Debtor Lawrence Souza is the defendant in a lawsuit file by this listed creditor (see Statement of Financial Affairs No. 4).** | X | X | X | **unknown** |
| ACCOUNT NO. 0001<br>**Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TN  75266-0108** | | H | **Mobile phone expense** | | | | **263.21** |
| ACCOUNT NO.<br>**Vision Financial Group, Inc.**<br>**Attn: Michael D. Yablonski**<br>**1001 Liberty Avenue, 11th Floor**<br>**Pittsburg, PA  15222-3725** | | J | **Debtors are listed as defendants in a lawsuit file by this listed creditor (see Statement of Financial Affairs No. 4).** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Wawanesa Insurance**<br>**[Winton Ireland, Strom & Green Ins?]** | | | **Unpaid insurance premium** | | | | **620.00** |

Sheet no. __7__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **378,690.34**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                    Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0555**<br><br>**Wells Fargo Bank**<br>**0555**<br>**P.O. Box 30086**<br>**Los Angeles, CA  90030-0086** | | H | Credit card | | | | 24,650.01 |
| ACCOUNT NO. **4660**<br><br>**Wells Fargo Business Direct**<br>**4660**<br>**P.O. Box 348750**<br>**Sacramento, CA  95834** | | H | Credit card | | | | 11,439.80 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **36,089.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **1,762,455.79**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                    Case No. _____
                                     Debtor(s)                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Sequoia Property Management 1175 Geer Road, Suite E Turlock, CA 95380 | In 1994, Debtors entered into this property management agreement for all of the debtors' individually-owed rental properties, as well as those rental properties owned by debtor-controlled entity, Souza Properties, Inc. |
| Tammy Gibson 235 W. Syracuse Turlock, CA 95380 | Through their property management company, Sequoia Property Management, debtors entered into this one-year residential lease on February 1, 2014, for the property located at 235 W. Syracuse, Turlock, California. |
| Sequoia Property Management 1175 Geer Road, Suite E Turlock, CA 95380-0000 | |
| Preston And Norine Murry 200 W. Syracuse Avenue Turlock, CA 95380 | Through their property management company, Sequoia Property Management, debtors entered into this six-month residential lease on January 17, 2014, for the property located at 200 W. Syracuse, Turlock, California. The agreement continues on a month-to-month basis. |
| Sequoia Property Management 1175 Geer Road, Suite E Turlock, CA 95380-0000 | |
| Vincente And Monica Valencia Maria Lopez 87 W. Canal Drive Turlock, CA 95380 | Through their property management company, Sequoia Property Management, debtors entered into this six-month residential lease on July 1, 2011, for the property located at 87 W. Canal Drive, Turlock, California. The agreement continues on a month-to-month basis. |
| Sequoia Property Management 1175 Geer Road, Suite E Turlock, CA 95380-0000 | |
| Joshua And Natalie Neal 97 W. Canal Turlock, CA 95380 | Through their property management company, Sequoia Property Management, debtors entered into this six-month residential lease on May 1, 2009, for the property located at 97 W. Canal, Turlock, California. The agreement continues on a month-to-month basis. |
| Sequoia Property Management 1175 Geer Road, Suite E Turlock, CA 95380-0000 | |
| German Soria 830 N. Golden State Boulevard Turlock, CA 95380 | Through their property management company, Sequoia Property Management, debtors entered into this one-year residential lease on October 1, 2009, for the property located at 830 N. Golden State Boulevard, Turlock, California. The agreement continues on a month-to-month basis. |
| Sequoia Property Management 1175 Geer Road, Suite E Turlock, CA 95380-0000 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>        Case No. _____
                        Debtor(s)                                        (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Souza Propane, Inc.<br>199 W. Canal Drive<br>Turlock, CA 95380 | Ferrellgas, L.P.<br>Attn: Matthew J. Weber - Downey Brand<br>3425 Brookside Road, Suite A<br>Stockton, CA 95219-1757<br><br>Financial Pacific Leasing, Inc.<br>3455 S 344th Way, Suite 300<br>Federal Way, WA 98001<br><br>Shasta Gas Propane, Inc.<br>Attn: Griffith J. Tonkin, Esq.<br>1267 Willis Street<br>Redding, CA 96001<br><br>Crossroads Equipment Lease And Finance<br>Attn: William J. Kelley, Esq.<br>19200 Von Karman Ave #600<br>Irvine, CA 92612<br><br>Kiva Energy<br>Attn: Neumiller & Beardslee<br>P.O. Box 20<br>Stockton, CA 95201-3020 |
| Souza Properties, Inc.<br>199 W. Canal Drive<br>Turlock, CA 95380 | The Money Brokers, Inc.<br>2371 El Camino Avenue<br>Sacramento, CA 95821 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Lawrence James Souza**
First Name    Middle Name    Last Name

Debtor 2    **Judith Louise Souza**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of California

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number    Street | _____<br>Number    Street |
|  | _____ | _____ |
|  | _____<br>City    State    ZIP Code | _____<br>City    State    ZIP Code |
| **How long employed there?** | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ ____0.00 | $ ____0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + $ ____0.00 | + $ ____0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. $ ____0.00 | $ ____0.00 |

Debtor 1    __Lawrence James Souza__ _____ _____    Case number (if known)_____
          First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..................................................➔ 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 4,270.00 | $ 0.00 |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| | 8e. Social Security | 8e. | $ 2,109.90 | $ 207.90 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ 4,995.51 |
| | 8h. Other monthly income. Specify: __Monthly Income From Turlock__ | 8h. | + $ 900.00 | + $ 0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 7,279.90 | $ 5,203.41 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 7,279.90 | + $ 5,203.41 = $ 12,483.31 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 12,483.31
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: | There will likely be a decrease in income, although it is unknown by how much.  All of debtors' residential rental properties are listed for sale. |

Cash Flow (Cash)
121 W. Syracuse - (RPS068)
Mar 2015

Page 1
03/30/2015
12:54 PM

Prepared For:
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

Prepared By:
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| OPERATING INCOME | | | | |
| Rent - Current Tenants | 795.00 | 100.00 | 795.00 | 100.00 |
| TOTAL OPERATING INCOME | 795.00 | 100.00 | 795.00 | 100.00 |
| | | | | |
| OPERATING EXPENSE | | | | |
| Electricity | 0.00 | 0.00 | 28.30 | 3.56 |
| Gardening Services | 200.00 | 25.16 | 200.00 | 25.16 |
| Legal & Professional | 0.00 | 0.00 | 600.00 | 75.47 |
| Maintenance & Repairs | 1,908.20 | 240.03 | 2,658.20 | 334.36 |
| Management Fees | 63.60 | 8.00 | 63.60 | 8.00 |
| Water - Sewer - Trash | 0.00 | 0.00 | 36.28 | 4.56 |
| TOTAL OPERATING EXPENSE | 2,171.80 | 273.18 | 3,586.38 | 451.12 |
| | | | | |
| NET OPERATING INCOME | -1,376.80 | -173.18 | -2,791.38 | -351.12 |
| NET PROFIT (LOSS) | -1,376.80 | -173.18 | -2,791.38 | -351.12 |
| | | | | |
| CASH FLOW | -1,376.80 | | -2,791.38 | |
| | | | | |
| Beginning Cash | -600.00 | | | |
| Ending Balance | -518.10 | | | |

Cash Flow (Cash)
97 W. Canal Dr. - (RPC061)
Mar 2015

Page 1
03/30/2015
12:54 PM

Prepared For:
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

Prepared By:
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| OPERATING INCOME | | | | |
| Rent - Current Tenants | 800.00 | 100.00 | 2,400.00 | 100.00 |
| TOTAL OPERATING INCOME | 800.00 | 100.00 | 2,400.00 | 100.00 |
| | | | | |
| OPERATING EXPENSE | | | | |
| Management Fees | 64.00 | 8.00 | 192.00 | 8.00 |
| TOTAL OPERATING EXPENSE | 64.00 | 8.00 | 192.00 | 8.00 |
| | | | | |
| NET OPERATING INCOME | 736.00 | 92.00 | 2,208.00 | 92.00 |
| NET PROFIT (LOSS) | 736.00 | 92.00 | 2,208.00 | 92.00 |
| | | | | |
| CASH FLOW | 736.00 | | 2,208.00 | |
| | | | | |
| Beginning Cash | 0.00 | | | |
| Ending Balance | 0.00 | | | |

Case 15-90358    Filed 04/10/15    Doc 1

Cash Flow (Cash)
87 W. Canal Dr. - (RPC062)
Mar 2015

Prepared For:
  LAWRENCE J OR JUDITH L SOUZA
  P. O. Box 1943
  Turlock, CA 95381

Prepared By:
  SEQUOIA PROPERTY MANAGEMENT
  1175 Geer Road, Suite E
  Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| OPERATING INCOME | | | | |
| Rent - Current Tenants | 875.00 | 100.00 | 2,625.00 | 100.00 |
| TOTAL OPERATING INCOME | 875.00 | 100.00 | 2,625.00 | 100.00 |
| | | | | |
| OPERATING EXPENSE | | | | |
| Management Fees | 70.00 | 8.00 | 210.00 | 8.00 |
| Water - Sewer - Trash | 64.62 | 7.39 | 190.66 | 7.26 |
| TOTAL OPERATING EXPENSE | 134.62 | 15.39 | 400.66 | 15.26 |
| | | | | |
| NET OPERATING INCOME | 740.38 | 84.61 | 2,224.34 | 84.74 |
| NET PROFIT (LOSS) | 740.38 | 84.61 | 2,224.34 | 84.74 |
| | | | | |
| CASH FLOW | 740.38 | | 2,224.34 | |
| | | | | |
| Beginning Cash | -64.55 | | | |
| Ending Balance | -64.62 | | | |

<div align="center">

**Cash Flow (Cash)**
**830 Golden State Blvd - (RPG037)**
**Mar 2015**

</div>

Prepared For:
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

Prepared By:
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| OPERATING INCOME | | | | |
| Rent - Current Tenants | 1,000.00 | 100.00 | 3,000.00 | 100.00 |
| TOTAL OPERATING INCOME | 1,000.00 | 100.00 | 3,000.00 | 100.00 |
| | | | | |
| OPERATING EXPENSE | | | | |
| Management Fees | 80.00 | 8.00 | 240.00 | 8.00 |
| TOTAL OPERATING EXPENSE | 80.00 | 8.00 | 240.00 | 8.00 |
| | | | | |
| NET OPERATING INCOME | 920.00 | 92.00 | 2,760.00 | 92.00 |
| NET PROFIT (LOSS) | 920.00 | 92.00 | 2,760.00 | 92.00 |
| | | | | |
| CASH FLOW | 920.00 | | 2,760.00 | |
| | | | | |
| Beginning Cash | 0.00 | | | |
| Ending Balance | 0.00 | | | |

Case 15-90358    Filed 04/10/15    Doc 1

Cash Flow (Cash)
201 Syracuse St. - (RPS034)
Mar 2015

Page 1
03/30/2015
12:54 PM

Prepared For:
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

Prepared By:
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| OPERATING EXPENSE | | | | |
| Electricity | 27.15 | 0 | 85.41 | 0 |
| Water - Sewer - Trash | 76.55 | 0 | 226.85 | 0 |
| TOTAL OPERATING EXPENSE | 103.70 | 0 | 312.26 | 0 |
| NET OPERATING INCOME | -103.70 | 0 | -312.26 | 0 |
| NET PROFIT (LOSS) | -103.70 | 0 | -312.26 | 0 |
| CASH FLOW | -103.70 | | -312.26 | |
| Beginning Cash | -76.55 | | | |
| Ending Balance | -76.55 | | | |

<div align="center">

**Cash Flow (Cash)**
**235 Syracuse St - (RPS035)**
**Mar 2015**

</div>

Prepared For:
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

Prepared By:
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| OPERATING INCOME | | | | |
| Rent - Current Tenants | 1,195.00 | 100.00 | 3,585.00 | 100.00 |
| TOTAL OPERATING INCOME | 1,195.00 | 100.00 | 3,585.00 | 100.00 |
| | | | | |
| OPERATING EXPENSE | | | | |
| Management Fees | 95.60 | 8.00 | 286.80 | 8.00 |
| TOTAL OPERATING EXPENSE | 95.60 | 8.00 | 286.80 | 8.00 |
| | | | | |
| NET OPERATING INCOME | 1,099.40 | 92.00 | 3,298.20 | 92.00 |
| NET PROFIT (LOSS) | 1,099.40 | 92.00 | 3,298.20 | 92.00 |
| | | | | |
| CASH FLOW | 1,099.40 | | 3,298.20 | |
| | | | | |
| Beginning Cash | 0.00 | | | |
| Ending Balance | 0.00 | | | |

Cash Flow (Cash)
223 Syracuse - (RPS045)
Mar 2015

Page 1
03/30/2015
12:54 PM

Prepared For:
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

Prepared By:
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

|                           | Month to Date | % | Year to Date | % |
|---------------------------|--------------:|--:|-------------:|--:|
| OPERATING EXPENSE         |               |   |              |   |
| Electricity               | 21.31         | 0 | 73.96        | 0 |
| Maintenance & Repairs     | 60.00         | 0 | 60.00        | 0 |
| Water - Sewer - Trash     | 83.50         | 0 | 246.61       | 0 |
| TOTAL OPERATING EXPENSE   | 164.81        | 0 | 380.57       | 0 |
|                           |               |   |              |   |
| NET OPERATING INCOME      | -164.81       | 0 | -380.57      | 0 |
| NET PROFIT (LOSS)         | -164.81       | 0 | -380.57      | 0 |
|                           |               |   |              |   |
| CASH FLOW                 | -164.81       |   | -380.57      |   |
|                           |               |   |              |   |
| Beginning Cash            | -83.51        |   |              |   |
| Ending Balance            | -143.50       |   |              |   |

## Cash Flow (Cash)
### 200 W. Syracuse - (RPS060)
### Mar 2015

**Prepared For:**
LAWRENCE J OR JUDITH L SOUZA
P. O. Box 1943
Turlock, CA 95381

**Prepared By:**
SEQUOIA PROPERTY MANAGEMENT
1175 Geer Road, Suite E
Turlock, CA 95380

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| Late Fee Income | 0.00 | 0.00 | 45.00 | 2.00 |
| Rent - Current Tenants | 400.00 | 100.00 | 2,200.00 | 98.00 |
| TOTAL OPERATING INCOME | 400.00 | 100.00 | 2,245.00 | 100.00 |
| | | | | |
| **OPERATING EXPENSE** | | | | |
| Management Fees | 32.00 | 8.00 | 179.60 | 8.00 |
| TOTAL OPERATING EXPENSE | 32.00 | 8.00 | 179.60 | 8.00 |
| | | | | |
| NET OPERATING INCOME | 368.00 | 92.00 | 2,065.40 | 92.00 |
| NET PROFIT (LOSS) | 368.00 | 92.00 | 2,065.40 | 92.00 |
| | | | | |
| CASH FLOW | 368.00 | | 2,065.40 | |
| | | | | |
| Beginning Cash | 41.40 | | | |
| Ending Balance | 0.00 | | | |

**Fill in this information to identify your case:**

Debtor 1    **Lawrence James Souza**
            First Name        Middle Name        Last Name

Debtor 2    **Judith Louise Souza**
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of California

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**       ☑ No

   Do not list Debtor 1 and        ☐ Yes. Fill out this information for
   Debtor 2.                             each dependent.........................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include**     ☑ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $            2,843.62 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $            140.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $            147.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $            200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $            0.00 |

Debtor 1    **Lawrence James Souza**          Case number *(if known)*_____
         First Name    Middle Name      Last Name

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 1,365.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 280.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 150.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 397.39 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | Food and housekeeping supplies | 7. | $ 600.00 |
| 8. | Childcare and children's education costs | 8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 100.00 |
| 10. | Personal care products and services | 10. | $ 60.00 |
| 11. | Medical and dental expenses | 11. | $ 80.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ 100.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 20.00 |
| 14. | Charitable contributions and religious donations | 14. | $ 10.00 |
| 15. | Insurance.<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 160.00 |
| | 15c. Vehicle insurance | 15c. | $ 105.00 |
| | 15d. Other insurance. Specify: Health Insurance Deduction From Judy's CalStrs | 15d. | $ 56.88 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $ 0.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: IRS Payments Deducted From Lawrence's SSI | 17c. | $ 300.75 |
| | 17d. Other. Specify: _____ | 17d. | $ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). | 18. | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you.<br>Specify: _____ | 19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $ 15,693.00 |
| | 20b. Real estate taxes | 20b. | $ 434.16 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 400.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 1,274.47 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Lawrence James Souza
            First Name    Middle Name    Last Name                     Case number (if known)_____

21. Other. Specify: _____          21. +$        0.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                22. $    24,917.27

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $    12,483.31

    23b. Copy your monthly expenses from line 22 above.    23b. – $    24,917.27

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*          23c. $    -12,433.96

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.    There will likely be a decrease in expenses, although it is unknown by how much.  All of debtors' residential rental
             properties are listed for sale.

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE <u>Souza, Lawrence James & Souza, Judith Louise</u>                    Case No. _____
　　　　　　　　　　　　　Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **40** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___4/10/15___    Signature: _____
　　　　　　　　　　　　　　　　　**Lawrence James Souza**　　　　　　　　　　　　　Debtor

Date: ___4/10/15___    Signature: _____
　　　　　　　　　　　　　　　　　**Judith Louise Souza**　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                                    Case No. _____

Souza, Lawrence James & Souza, Judith Louise                           Chapter **11**
_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, ☑    including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the ☐    **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 6,817.00 | 2015 year-to-date social security (Lawrence) |
| 412.00 | 2015 year-to-date social security (Judith) |
| 8,600.00 | 2015 year-to-date received from Turlock Air Park, Inc. (Lawrence) |
| 14,834.07 | 2015 year-to-date rental income |
| 19,754.52 | 2015 year-to-date pension income (Judith) |
| 24,898.80 | 2014 social security (Lawrence) |
| 2,446.80 | 2014 social security (Judith) |
| 19,800.00 | 2014 received from Turlock Air Park, Inc. (Lawrence) |
| 77,695.21 | 2014 rental income |
| 65,758.92 | 2014 pension income (Judith) |
| 24,527.00 | 2013 social security (Lawrence) |
| 2,411.00 | 2013 social security (Judith) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| 10,800.00 | 2013 received from Turlock Air Park, Inc. (Lawrence) |
| 63,802.00 | 2013 pension income (Judith) |
| 29,190.00 | 2013 rental income |
| 8,200.00 | The following payments were made to Lawrence Souza by Turlock Air Park for reimbursement of travel and other business-related expenses: |

9/22/2014 - $1,200
11/4/2014 - $4,000
12/8/2014 - $1,000
2/25/2015 - $2,000

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Vision Financial Group v. Souza No. GD15-962 | Civil Action | Supreme Court of Pennsylvania Court of Common Pleas Allegheny County, Pennsylvania | Pending |
| Ferrellgas, L.P. v. Souza Propane, Inc., et al. No. 2003497 | Civil action | Stanislaus Superior Court 800 11th Street Modesto, CA 95354 | Pending |
| Turner Gas Company v. Souza No. 2012437 | Civil action | Stanislaus Superior Court 800 11th Street Modesto, CA 95354 | Pending |
| Shasta Gas Propane, Inc. v. Souza No. 181299 | Civil action | Shasta County Superior Court 1500 Court Street Redding, CA 96001 | Pending |
| Crossroads Equipment Lease and Finance, LLC v. Souza Propane, Inc., et al. No. CIVDS 1419351 | Civil action | San Bernardino Superior Court San Bernardino District - Civil Division 247 West Third Street San Bernardino, CA 92415-0210 | Pending |
| Kiva Energy, Inc. v. Souza Properties, Inc., et al. No. 39-2014-00314938-CU-BC-STK | Civil action | San Joaquin Superior Court 222 East Weber Street Stockton, CA 95201 | Pending |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding ☑ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to ☑ the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. ☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the ☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual ☑ gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the** ☑ **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt ☐ consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Meegan, Hanschu & Kassenbrock** **11341 Gold Express Drive, Suite 110** **Gold River, CA  95670-0000** | 2/18/15 | 5,000.00 |
| **Meegan, Hanschu & Kassenbrock** **11341 Gold Express Drive, Suite 110** **Gold River, CA  95670-0000** | 3/10/2015 | 15,000.00 |
| **Meegan, Hanschu & Kassenbrock** **11341 Gold Express Drive, Suite 110** **Gold River, CA  95670-0000** | 4/8/2015 | 15,000.00 |
| **Abacus Credit Counseling** **www.abacuscc.org** | 4/9/15 | 25.00 |

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either ☑ absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar ☑ device of which the debtor is a beneficiary.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Golden One Credit Union**<br>**2450 Geer Road**<br>**Turlock, CA  95382** | **Checking and savings accounts ending with 408** | **$1.00 in each account at time of closure.**<br>**Date: 1/30/15** |
| **MOCSE Credit Union**<br>**3600 Coffee Road**<br>**Modesto, CA  95355** | **Savings account ending with 3456** | **Amount: $5.00**<br>**Date: 1/30/2015** |
| **MOCSE Credit Union**<br>**3600 Coffee Road**<br>**Modesto, CA  95355** | **Checking and savings accounts ending with 4515** | **Amount: $5.00 in each account at time of closure.**<br>**Date: 1/30/2015** |
| **Community Trust**<br>**2504 Tenaya Drive**<br>**Modesto, CA  95354** | **Checking account ending with 05-22 and savings account ending with 05-2** | **Amount: $5.00 in each account at time of closure.**<br>**Date: 1/30/2015** |
| **Citibank**<br>**200 Geer Road**<br>**Turlock, CA  95382** | **Checking account ending with 2891** | **Amount: $1.00**<br>**Date: 1/30/2015** |
| **Citibank**<br>**2000 Geer Road**<br>**Turlock, CA  95382** | **Savings account ending with 2933** | **Amount: $1.00**<br>**Date: 1/30/2015** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Tammy Gibson**<br>**235 W. Syracuse**<br>**Turlock, CA  95380** | **$1,195 security deposit** | **Held by Sequoia Property Management** |
| **Preston And Norine Murry**<br>**200 W. Syracuse Avenue**<br>**Turlock, CA  95380** | **$800.00 security deposit** | **Held by Sequoia Property Management** |
| **Vincente And Monica Valencia**<br>**Maria Lopez**<br>**87 W. Canal Drive**<br>**Turlock, CA  95380** | **$875 security deposit** | **Held by Sequoia Property Management** |
| **Joshua And Natalie Neal**<br>**97 W. Canal**<br>**Turlock, CA  95380** | **$1,050 security deposit** | **Held by Sequoia Property Management** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Souza Propane, Inc. | 94-1369342 | 199 W. Canal Drive Turlock, CA  95380-0000 | Retail - gas | 1956 - present |
| Souza Properties, Inc. | 94-1369343 | 199 W. Canal Drive Turlock, CA  95380-0000 | Property management | 1956 - present |
| Turlock Air Park, Inc. | 94-2669491 | 519 E. Greenway Turlock, CA  95380-0000 | Property management | 1979 - present |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert Turner** | **July 2010 - present** |
| **Gallina LLP** | |
| **2870 Gold Tailings Court** | |
| **Rancho Cordova, CA  95670** | |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert Turner** | **July 2010 - present** |
| **Gallina LLP** | |
| **2870 Gold Tailings Court** | |
| **Rancho Cordova, CA  95670** | |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | |
|---|---|
| **Robert Turner** | **July 2010 - present** |
| **Gallina LLP** | |
| **2870 Gold Tailings Court** | |
| **Rancho Cordova, CA  95670** | |

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 4/10/15    Signature of Debtor _____
**Lawrence James Souza**

Date: 4/10/15    Signature of Joint Debtor _____
(if any)
**Judith Louise Souza**

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Lawrence James Souza**
First Name     Middle Name     Last Name

Debtor 2    **Judith Louise Souza**
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **Eastern District of California**

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 22B
# Chapter 11 Statement of Your Current Monthly Income
**12/14**

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here ➡ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 5,134.17 | | | |
| Ordinary and necessary operating expenses | – $ 18,531.24 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here ➡ | $ 0.00 | $ 0.00 |

Debtor 1  **Lawrence James Souza**
First Name    Middle Name    Last Name

Case number (if known)_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

7. **Interest, dividends, and royalties**  $ 0.00  $ 0.00

8. **Unemployment compensation**  $ 0.00  $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................. ↓

For you............................................................... $ 0.00

For your spouse.................................................... $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  $ 4,976.55  $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. **Turlock Air Park**  $ 900.00  $ 0.00

10b. _____  $  $

10c. Total amounts from separate pages, if any.  + $ 0.00  + $ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 5,876.55  +  $ 0.00  =  $ 5,876.55

Total average
monthly income

---

**Part 2:    Deduct any applicable marital adjustment**

12. **Copy your total average monthly income from line 11.**  $ 5,876.55

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

☑ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____  $ _____

13b. _____  $ _____

13c. _____  + $ _____

13d. Total.................................................  $ 0.00  Copy here. → 13d. 0.00

14. **Your current monthly income.** Subtract line 13d from line 12.  14.  $ 5,876.55

Debtor 1    __Lawrence James Souza__    _____ ·    Case number (if known)___ _____
              First Name    Middle Name    Last Name

| Part 3: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _____    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date _4_/_10_/_15_    Date _4_/_10_/_15_
     MM / DD   / YYYY         MM / DD   / YYYY

<u>Calculations for Monthly Income from Rental Properties</u>
<u>for Six Full Months Prior to Bankruptcy Filing</u>:

|  | 2015 ytd | December | November | October | Totals |
|---|---|---|---|---|---|
| Income | $  14,650.00 | $    4,915.00 | $    5,020.00 | $    6,220.00 | $  30,805.00 |
| Expenses | $    5,579.27 | $    5,177.79 | $      509.04 | $      758.35 | $  12,024.45 |

Income: $30,805 ÷ 6 =                    $ 5134.17

Expenses (via mgmt): $12,024.45 ÷ 6 =    $ 2,004.08
Mortgages                                $15,693.00
Real Estate Taxes                        $    434.16
Insurance                                $    400.00
Total Expenses                           $18,531.24

Income - Total Expenses =    -$13,397.07

wpdocs-mary/Souza/Ch11/Income and Expense Analysis

# 11 U.S.C. § 527(a)(2) DISCLOSURE

Under 11 U.S.C. § 527(a)(2), a debt relief agency is required to provide the following written notice to assisted persons filing bankruptcy. You must read and understand the following disclosure and sign where indicated.

You, as an assisted person filing bankruptcy, shall know and understand that:

A.    all information that you are required to provide with a petition and thereafter during a case under this title is required to be complete, accurate, and truthful;

B.    all assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in section 506 must be stated in those documents where requested after reasonable inquiry to establish such value;

C.    current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of this title, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry; and

D.    information that an assisted person provides during their case may be audited pursuant to this title, and that failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanction.

The undersigned acknowledges receipt of this disclosure required by 11 U.S.C. § 527(a)(2). I/We have read and understand its contents and the implications associated with failing to honestly provide information about our income, expenses, property, and other financial circumstances.

Date:

_____
                                        Debtor

_____
                        Joint Debtor (if applicable)

## 11 U.S.C. § 527(B) DISCLOSURE

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

The undersigned acknowledges receipt of this disclosure required by 11 U.S.C. § 527(b).

Date: 4/10/15

_____
Debtor

_____
Joint Debtor (if applicable)