# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Lawrence James Souza and Judith Louise Souza | Case No : | 15–90358 – E – 11 |
|---|---|---|---|
| | | Date : | 07/23/2015 |
| | | Time : | 10:00 |

| Matter : | [74] – Motion for Relief from Automatic Stay [AP–1] Filed by Creditor Federal National Mortgage Association (Fee Paid $176) (eFilingID: 5554113) (smis) |
|---|---|

| Judge : | Ronald H. Sargis | Courtroom Deputy : | Cecilia Jimenez |
|---|---|---|---|
| Department : | E | Reporter : | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. § 362(a) are immediately vacated to allow Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the authorized subservicer, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 223 West Syracuse Avenue, Turlock, California.

No other or additional relief is granted.

Dated: July 24, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court