4

ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for the Debtors in Possession,
Lawrence Souza and Judith Souza

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Modesto Division]

| | |
|---|---|
| In re:<br><br>LAWRENCE JAMES SOUZA<br>and JUDITH LOUISE SOUZA,<br><br>Debtors. | Case No. 15-90358-E-11<br>Docket Control No. MHK-5<br><br>DATE: September 3, 2015<br>TIME: 10:30 a.m.<br>DEPT.: E (1200 "I" St., Ste. 4, Modesto CA)<br>**Hon. Ronald H. Sargis** |

**ORDER GRANTING MOTION FOR AUTHORITY TO SELL REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b), (f) AND TO DISBURSE PROCEEDS [87 W. CANAL DRIVE, TURLOCK, CALIFORNIA]**

The Motion for Authority to Sell Real Property Pursuant to 11 U.S.C. § 363(b), (f) and to Disburse Sale Proceeds (the "Motion"), filed on August 6, 2015 by Lawrence James Souza and Judith Louise Souza, as debtors in possession (the "Souzas"), came on for hearing on September 3, 2015 at 10:30 a.m. in Department "E", the Honorable Ronald H. Sargis presiding. Anthony Asebedo of Meegan, Hanschu & Kassenbrock appeared on behalf of the Souzas. Reilly Wilkinson of Scheer Law Group, L.L.P., appeared on behalf of Provident Credit Union. Bryan S. Fairman of Aldridge Pite, L.L.P., appeared on behalf of Federal National Mortgage Association, by Seterus, Inc. Philip J. Rhodes appeared on behalf of Turlock Air Park, Inc.

Based on the Motion, the supporting declaration, and the record in this bankruptcy case; no opposition to the Motion having been stated or filed; no overbids

RECEIVED
September 11, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005619018

aa:\mhk-5 sale (87 w canal) ord

for the purchase of the property subject of the Motion having been made; and the court having stated its findings of fact and conclusions of law in the Civil Minutes,

**IT IS HEREBY ORDERED:**

1. Pursuant to 11 U.S.C. § 363(b), and pursuant to 11 U.S.C. § 363(f)(2) specifically as to the deed of trust of the Curtis Family Trust Established May 27, 1994 ("CFT"), the Motion is granted as stated herein.

2. The Souzas are authorized to sell and convey to Halferty Development Company, L.L.C., or its nominee (collectively, the "Buyer"), the real property commonly known as 87 W. Canal Drive, Turlock, Stanislaus County, California and as more specifically described in Exhibit 1 hereto (the "Property").

3. Sale of the Property shall be made on the following terms:

   a. The Property shall be sold to Buyer for $250,000.00, on the terms and conditions set forth in the Purchase and Sale Agreement (the "Contract"), Exhibit "A," Dkt. 99, and as provided in this order;

   b. The sale proceeds shall first be applied as provided by the Contract to closing costs, prorated real property taxes and assessments, liens, and other customary contractual costs and expenses incurred in order to effectuate the sale;

   c. Pursuant to 11 U.S.C. § 363(f)(2), the Property is sold free and clear of the liens and interests of CFT under its deed of trust which was recorded on August 25, 2010 in the records of Stanislaus County, California, as Instrument No. 2002-75257, with the lien of CFT attaching to the proceeds; and

   d. CFT shall be paid directly from escrow, the remaining net proceeds of sale after payment of (i) the costs and expenses of sale as described in subparagraph "b" above, and (ii) the claim of Provident Central Credit Union secured by that deed of trust recorded December 16, 2002 in the records of Stanislaus County, California, as Instrument No. 2002-134019. The payment to CFT shall be applied to CFT's claim that is secured by the Property.

///

4. The Souzas are authorized to execute any and all documents reasonably necessary to effectuate the sale.

5. No sales commission shall be paid from the sale escrow, unless this court should so expressly provide in a separate order.

Dated: September 14, 2015

By the Court

*Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court

aa:\mhk-5 sale (87 w canal) ord

## LEGAL DESCRIPTION

Real property in the City of Turlock, County of Stanislaus, State of California, described as follows:

PARCEL NO. 1:

THE NORTH 50 FEET OF THE FOLLOWING:

LOTS 13, 14, 15 AND 16 AND THE WEST 5 FEET OF LOT 17, IN BLOCK 10 OF BOULEVARD PARK, AS PER MAP FILED MAY 14, 1908 IN VOL. 3 OF MAPS, PAGE 43, STANISLAUS COUNTY RECORDS.

PARCEL NO. 2:

ALL THOSE PORTIONS ADJACENT TO PARCEL 1 AS FOLLOWS:

ALL THAT PORTION OF THE EAST HALF OF STANISLAUS STREET LYING WEST OF PARCEL 1, AND THE SOUTH HALF OF THE 20 FOOT ALLEY LYING NORTH OF PARCEL 1. SAID PORTIONS WERE ABANDONED BY RESOLUTION NO. 99-053, EXECUTED BY THE CITY OF TURLOCK, RECORDED 05-21-99, IN INSTRUMENT NO. 51135.

APN: 042-009-030-000