# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]   Souza, Lawrence & Judith

Case No.   15-90358-E-11

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 02/28/17         **PETITION DATE:** 04/10/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $542,874 | $541,007 | |
| | b. Total Assets | $3,133,907 | $3,132,040 | $4,001,960 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $4,561,390 | $4,561,390 | $4,679,307 |
| | | | | **Cumulative** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **(Case to Date)** |
| | a. Total Receipts | $7,943 | $1,343 | $867,564 |
| | b. Total Disbursements | $6,076 | $28,739 | $481,398 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,867 | ($27,451) | $386,166 |
| | d. Cash Balance Beginning of Month | $411,550 | $411,550 | ($201) |
| | e. Cash Balance End of Month (c + d) | $413,417 | $384,299 | $385,965 |
| | | **Current Month** | **Prior Month** | |
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                              **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)     ✓
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)     ✓
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    ✓    ✓
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)     ✓
12. Is the estate insured for replacement cost of assets and for general liability?    ✓
13. Are a plan and disclosure statement on file?     ✓
14. Was there any post-petition borrowing during this reporting period?     ✓

15. Check if paid: Post-petition taxes ✓;   U.S. Trustee Quarterly Fees ✓ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.  On extension
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3/14/17

Responsible Individual

Revised 3/15/99

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended __2/28/2017__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $385,965 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Promissory Note Turlock Air Park | | $111,909 |
| 5 | Property Damage Insurance Claim (Rental Property) | | $45,000 |
| 6 | **Total Current Assets** | | $542,874 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $550,000 |
| 8 | Real property (rental or commercial) | | $1,274,000 |
| 9 | Furniture, Fixtures, and Equipment | x | $11,700 |
| 10 | Vehicles | | $5,333 |
| 11 | Partnership interests | | |
| 12 | Interest in corporations (Turlock Air Park) | x | $0 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: Interest in corporation (Souza Properties Inc.) | | $750,000 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $2,591,033 |
| 18 | **Total Assets** | | $3,133,907 |

**Liabilities**

**Post-Petition Liabilities**

| | | | |
|---|---|---|---|
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $586,162 |
| 29 | Secured claims (other) | | $2,210,602 |
| 30 | Priority unsecured claims | | $2,170 |
| 31 | General unsecured claims | | $1,762,456 |
| 32 | **Total Pre-Petition Liabilities** | | $4,561,390 |
| 33 | **Total Liabilities** | | $4,561,390 |
| | **Equity (Deficit)** | | ($1,427,483) |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $3,133,907 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    02/28/17

|    |    | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|    | **Cash Receipts** |    |    |
| 1  | Rent/Leases Collected | $645 | $62,079 |
| 2  | Cash Received from Sales | $0 | $605,593 |
| 3  | Interest Received | $75 | $743 |
| 4  | Borrowings |    |    |
| 5  | Funds from Shareholders, Partners, or Other Insiders | $7,223 | $185,126 |
| 6  | Capital Contributions | $0 | $160 |
| 7  | Other: Insurance Claim ( AMCO INS) | $0 | $10,853 |
| 8  | Other: Insurance Refund (Merced Mutual) | $0 | $407 |
| 9  | Other: Insurance Claim ( 223 W.Syracuse) | $0 | $355 |
| 10 | Other: Bank Fee (Reverse) | $0 | $254 |
| 11 | Other: Insurance Refund (IPFS) | $0 | $1,994 |
| 12 | **Total Cash Receipts** | $7,943 | $867,564 |
|    | **Cash Disbursements** |    |    |
| 13 | Selling | $0 | $9,923 |
| 14 | Administrative | $1,275 | $10,673 |
| 15 | Capital Expenditures | $0 | $128,343 |
| 16 | Principal Payments on Debt |    |    |
| 17 | Interest Paid | $0 | $16,810 |
|    | Rent/Lease: |    |    |
| 18 | Personal Property |    |    |
| 19 | Real Property |    | $7,760 |
|    | Amount Paid to Owner(s)/Officer(s) |    |    |
| 20 | Salaries |    |    |
| 21 | Draws | $4,804 | $128,922 |
| 22 | Commissions/Royalties |    |    |
| 23 | Expense Reimbursements |    |    |
| 24 | Other |    |    |
| 25 | Salaries/Commissions (less employee withholding) |    |    |
| 26 | Management Fees |    |    |
|    | Taxes: |    |    |
| 27 | Employee Withholding |    |    |
| 28 | Employer Payroll Taxes |    |    |
| 29 | Real Property Taxes | $0 | $6,042 |
| 30 | Other Taxes | $0 | $139 |
| 31 | Other Cash Outflows: |    |    |
| 32 | Other: Gas & Electric | $363 | $6,678 |
| 33 | Other: Water & Garbage | $0 | $5,446 |
| 34 | Other: Insurance | ($513) | $15,584 |
| 35 | Other: Rental Repairs | $147 | $20,860 |
| 36 | Other: Attorney | $0 | $124,217 |
| 37 | **Total Cash Disbursements:** | $6,076 | $481,398 |
| 38 | **Net Increase (Decrease) in Cash** | $1,867 | $386,166 |
| 39 | **Cash Balance, Beginning of Period** | $411,550 | ($201) |
| 40 | **Cash Balance, End of Period** | $413,417 | $385,965 |

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

## Schedule A - Rental Income Information

List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 | Property 4 | Property 5 |
|---|---|---|---|---|---|---|
| 1 | Description of Property | 121 W. SYRACUSE STREET, TURLOCK CA | 842 N. GOLDEN STATE BLVD, TURLOCK CA | 200 W. SYRACUSE STREET, TURLOCK CA | 201 W. SYRACUSE STREET, TURLOCK CA | 223 W. SYRACUSE STREET, TURLOCK CA |
| 2 | Scheduled Gross Rents | $0 | $0 | $0 | $0 | $0 |
|   | Less: | | | | | |
| 3 | Vacancy Factor | $0 | $0 | $0 | $0 | $0 |
| 4 | Free Rent Incentives | | | | | |
| 5 | Other Adjustments | $0 | $0 | $0 | $0 | $0 |
| 6 | Total Deductions | $0 | $0 | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 | $0 | $0 |
| 8 | Less: Rents Receivable | $0 | $0 | $0 | $0 | $0 |
| 9 | Scheduled Net Rents Collected | $0 | $0 | $0 | $0 | $0 |

| | | Property 6 | Property 7 | Property 8 | Property 9 | Property 10 |
|---|---|---|---|---|---|---|
| 10 | Description of Property | 235 W. SYRACUSE STREET, TURLOCK CA | 830 N. GOLDEN STATE BLVD, TURLOCK CA | 87 W. CANAL DRIVE, TURLOCK CA | 97 W. CANAL DRIVE, TURLOCK CA | |
| 11 | Scheduled Gross Rents | $0 | $0 | $0 | $0 | |
|   | Less: | | | | | |
| 12 | Vacancy Factor | $0 | $0 | $0 | $0 | |
| 13 | Free Rent Incentives | | | | | |
| 14 | Other Adjustments | $0 | $0 | $0 | $0 | |
| 15 | Total Deductions | $0 | $0 | $0 | $0 | |
| 16 | Scheduled Net Rents | $0 | $0 | $0 | $0 | |
| 17 | Less: Rents Receivable | $0 | $0 | $0 | $0 | |
| 18 | Scheduled Net Rents Collected | $0 | $0 | $0 | $0 | |

## Schedule B - Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|---|
| 19 | Bank | RABO BNK | RABO BNK | RABO BANK | | RABO BANK |
| 20 | Account No. | 5308 | 8901 | 9930 | | 4725 |
| 21 | Account Purpose | RENTAL INCOME | PERSONAL | PERSONAL | | PERSONAL |
| 22 | Balance, End of Month | $39,754 | $0 | $326,807 | | $19,405 |
| 23 | Total Funds on Hand for all Accounts | $385,966 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99



**Rabobank**
Rabobank, N.A.
P.O. Box 6002
Arroyo Grande, CA 93421-6002

| | |
|---|---|
| Account Number | ▇725 |
| Last Statement | February 03, 2017 |
| This Statement | March 03, 2017 |
| Total days in statement period | 28 |
| | Page 1 of 4 |
| Direct inquiries to | 800-942-6222 |

RABOBANK
2190 MONTEVISTA AVENUE
TURLOCK CA 95382

oc 01    **RETURN SERVICE REQUESTED**

LAWRENCE J SOUZA & JUDITH L SOUZA
BANKRUPTCY CASE NO 15-90358
LAWRENCE, JUDITH SOUZA DEBTORS IN POSS
PO BOX 1943
TURLOCK CA 95381-1943

SAFE EASY ANYWHERE. Easily Check your Accounts with online Banking! At Rabobank, you'll find a full range of tools to help you manage your money easily and securely 24/7. Online Banking lets you check balances, view statements, make transfers, and more from your computer. To check your transactions on the go, enroll in Text Banking in just a few simple steps. Find out how convenient banking can be using our safe, easy, anywhere services by visiting www.RabobankAmerica.com/anywhere. Rabobank, N.A. is a Member FDIC. Third party mobile provider text messaging and data fees may apply.

## Rewards Banking

| | | | |
|---|---|---|---|
| Valued Customer Since | 2013 | Beginning balance | $19,219.61 |
| Your Rewards Level This Statement | Platinum | Total additions | $7,222.57 |
| Account number | ▇725 | Total subtractions | $7,037.53 |
| Enclosures | 15 | Ending balance | $19,404.65 |
| Avg collected balance | $16,368.00 | | |

Congratulations on achieving the Platinum rewards level this statement cycle. Your rewards include our best bonus rates on qualifying CDs, and Money Markets, and our best discounts for consumer loans and mortgages. Thank you for being among our best customers

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 2266 | 02-06 | 300.00 | 2282 | 02-17 | 595.73 |
| 2268 * | 02-06 | 118.00 | 2284 * | 02-17 | 90.00 |
| 2272 * | 02-07 | 362.61 | 2288 * | 02-21 | 300.00 |
| 2273 | 02-07 | 165.87 | 2291 * | 02-28 | 975.00 |
| 2277 * | 02-16 | 100.00 | 2292 | 03-02 | 124.19 |
| 2278 | 02-23 | 262.50 | 2293 | 03-03 | 133.42 |
| 2281 * | 02-14 | 60.00 | | | |

*Skip in check sequence

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-06 | ELECTRONIC CHECK - COST LESS #3 PURCHASE 170206 CITY=TURL, ST=CA SER #=2270 | 42.42 |
| 02-06 | ELECTRONIC CHECK - ORCHARD SUPPLY PURCHASE 170206 CITY=TURL, ST=CA SER #=2271 | 6.42 |
| 02-08 | ELECTRONIC CHECK - CVS CAREMARK 8007467287 170208 2275 | 175.78 |
| 02-10 | WITHDRAWAL | 800.00 |
| 02-10 | ACH DEBIT - AT&T PAYMENT 170210 | 196.99 |
| 02-13 | ELECTRONIC CHECK - COST LESS #3 PURCHASE 170213 CITY=TURL, ST=CA SER #=2276 | 87.63 |
| 02-13 | ELECTRONIC CHECK - CVS CAREMARK 8007467287 170213 2280 | 79.32 |
| 02-13 | ACH DEBIT - Capital Insuranc E-CHECK 170213 | 180.46 |
| 02-14 | DEBIT MEMO | 210.00 |
| 02-15 | ATM WITHDRAWAL - CASH WITHDRAWAL TERMINAL T3851841 W2190 WEST MONTE VISTA ATURLOCK CA 02-15-17 1:50 PM XXXXXXXXXXXX5336 | 40.00 |



Rabobank, N.A. • Member FDIC
www.rabobankamerica.com
3030    rev 02-14



**Rabobank**  Rabobank, N.A.
P.O. Box 6002
Arroyo Grande, CA 93421-6002

Account Number: ▮▮▮1725
Statement Date: March 03, 2017
Page: 2 of 4

## DEBITS (Cont.)

| Date | Description | Subtractions |
|---|---|---|
| 02-17 | WITHDRAWAL | 450.00 |
| 02-21 | ELECTRONIC CHECK - COST LESS #3 PURCHASE 170221 CITY=TURL ST=CA SER #=2287 | 20.00 |
| 02-21 | ELECTRONIC CHECK - COST LESS #3 PURCHASE 170221 CITY=TURL ST=CA SER #=2287 | 78.73 |
| 02-23 | ELECTRONIC CHECK - CVS CAREMARK 8007467287 170223 2286 | 63.53 |
| 02-23 | ACH DEBIT - AT&T PAYMENT 170223 | 234.68 |
| 02-27 | ELECTRONIC CHECK - COST LESS #3 PURCHASE 170227 CITY=TURL ST=CA SER #=2290 | 77.07 |
| 03-02 | POS PURCHASE - MERCHANT PURCHASE TERMINAL 319176 VILLAGE FRESH MA 2 090 E TURLOCK CA 03-02-17 5 11 PM XXXXXXXXXXXX5336 | 207.18 |
| 03-03 | ATM WITHDRAWAL - CASH WITHDRAWAL TERMINAL T3951841 W2190 WEST MONTE V ISTA ATURLOCK CA 03-03-17 4 43 PM XXXXXXXXXXXX5336 | 500.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 03-01 | ACH CREDIT - ST TCHRS RET SYS RET BENFT 170301 | 5,114.57 |
| 03-03 | ACH CREDIT - SSA TREAS 310 XXSOC SEC 170303 | 103.00 |
| 03-03 | ACH CREDIT - SSA TREAS 310 XXSOC SEC 170303 | 2,005.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-03 | 19,219.61 | 02-14 | 16,434.11 | 02-27 | 14,121.87 |
| 02-06 | 18,752.77 | 02-15 | 16,394.11 | 02-28 | 13,145.87 |
| 02-07 | 18,224.29 | 02-16 | 16,294.11 | 03-01 | 18,261.44 |
| 02-08 | 18,048.51 | 02-17 | 15,158.38 | 03-02 | 17,930.07 |
| 02-10 | 17,051.52 | 02-21 | 14,759.65 | 03-03 | 19,404.65 |
| 02-13 | 16,704.11 | 02-23 | 14,198.94 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

*Thank you for banking with Rabobank*





| 03/03/2017 | 2293 | $133.42 |

| 02/10/2017 | 99999999999 | $800.00 |

| 02/17/2017 | 99999999999 | $450.00 |

Souza personal
Rabobank – 4725 register
February 2017

| Number / Code | Date | Transaction Description | Payment/Fee Withdrawal (-) | ✓ Fee | Deposit/Credit (+) | $ |
|---|---|---|---|---|---|---|
| Dep. | 2/1 | Judy – retirement State of CA | | ✓ | 5114 57 | |
| 2268 | 2/1 | All Valley Smog – car | 118.00 | ✓ | | |
| 2269 | 2/1 | CVS – Rx | 30 37 | ✓ | | |
| 2270 | 2/1 | Cost Less – groc | 47 42 | ✓ | | |
| 2271 | 2/2 | OSH – Maint. 1066 | 6 42 | ✓ | | |
| 2272 | 2/3 | PG&E – 1066 Johnson | 362 61 | ✓ | | |
| 2273 | 2/3 | Wawanesa – car ins | 165 87 | ✓ | | |
| | | | | | | ✓ |
| 2274 | 2/3 | AT&T – 1066 Johnson | 196 99 | ✓ | | |
| Dep. | 2/3 | Lawrence – S.Sec. | | ✓ | 2005 00 | |
| Dep. | 2/3 | Judy – S.Sec. | | ✓ | 1030 00 | |
| 2275 | 2/7 | CVS – Rx | 175 78 | ✓ | | |
| 2276 | 2/8 | Cost Less – groc | 87 63 | ✓ | | |
| 2277 | 2/8 | Clyde Hendrickson Moving Service (piano) | 100 00 | ✓ | | |
| 2278 | 2/10 | Jason Hernandez Jan. & Feb. repairs 1066 N. Johnson | 262 50 | ✓ | | |
| 2279 | 2/10 | CIG Ins. – 1066 Johnson | 180 46 | ✓ | | |
| WD | 2/10 | Cash  Gas 60.00  Maint. 740.00  1066 Johnson and showing clean. | 800 00 | ✓ | | |
| 2280 | 2/12 | CVS – Rx | 79 32 | ✓ | | |
| 2281 | 2/13 | Edgar Arevalo Repairs – 1066 Johnson | 600 00 | ✓ | | |
| WD | 2/14 | Cash – maint. $175  Gas $35 | 210 00 | ✓ | | ✓ |

Souza - personal
Rabobank _4725 register Feb. 2017    (2)

| Number or Code | Date | Transaction Description | Payment/Fee Withdrawal (-) | ✓ | Fee | Deposit Credit (+) | $ |
|---|---|---|---|---|---|---|---|
| 2282 | 2/12 | Provident Cr. Union 91 W. Canal pymt loan #4 | 595 73 | ✓ | | | |
| 2283 | 2/15 | TUSD - ins. | 769 39 | ✓ | | | |
| 2284 | 2/15 | J. Rodriguez January yard maint | 90 00 | ✓ | | | |
| WD | 2/15 | Cash - Food | 40 00 | ✓ | | | |
| | | | | | | | |
| 2286 | 2/15 | CVS - Rx | 63 53 | ✓ | | | |
| 2287 | 2/16 | Cost Less - groc. | 98 73 | ✓ | | | |
| WD | 2/17 | Cash - moving + repair supplies | 450 00 | ✓ | | | |
| 2288 | 2/15 | Pete Heinemann fence repair | 300 00 | ✓ | | | |
| 2289 | 2/21 | AT&T - 1066 Johnson | 239 68 | ✓ | | | |
| 2290 | 2/22 | Cost Less - groc. | 77 57 | ✓ | | | |

| Number or Code | Date | Transaction Description | Payment/Fee Withdrawal (-) | ✓ | Fee | Deposit Credit (+) | $ |
|---|---|---|---|---|---|---|---|
| 2291 | 2/23 | U.S. Trustee Ch.12 CE 4th qtr 2016 fees | 975 00 | ✓ | | | |
| 2292 | 2/24 | TID - 1066 Johnson | 124 19 | ✓ | | | |
| 2293 | 2/28 | City of Turlock 1066 N. Johnson | 133 42 | ✓ | | | |

Lawrence & Judith Souza        Case 15-90358-E-11

    Pre-Petition Debt
    Provident Credit Union
      Loan #4
      97 W. Canal Dr.
      Turlock, CA

2/12/17   Payment      $598.32


*Judith L. Souza* (signature)



**Rabobank, N.A.**
P.O. Box 6002
Arroyo Grande, CA 93421-6002

| | |
|---|---|
| Account Number: | █████5308 |
| Last Statement | January 31, 2017 |
| This Statement | February 28, 2017 |
| Total days in statement period | 28 |

Page 1 of 2

Direct inquiries to   800-942-6222

RABOBANK
2190 MONTEVISTA AVENUE
TURLOCK CA 95382

OZ 01    RETURN SERVICE REQUESTED

LAWRENCE J SOUZA & JUDITH L SOUZA
BANKRUPTCY CASE NO 15-90358 (RENTAL)
LAWRENCE, JUDITH SOUZA DEBTORS IN POSS
PO BOX 1943
TURLOCK CA 95381-1943

SAFE. EASY. ANYWHERE. Easily Check your Accounts with online Banking! At Rabobank, you'll find a full range of tools to help you manage your money easily and securely 24/7. Online Banking lets you check balances, view statements, make transfers, and more from your computer. To check your transactions on the go, enroll in Text Banking in just a few simple steps. Find out how convenient banking can be using our safe, easy, anywhere services by visiting www.RabobankAmerica.com/anywhere. Rabobank, N.A. is a Member FDIC. Third party mobile provider text messaging and data fees may apply.

## Rewards Banking

| | | | | |
|---|---|---|---|---|
| Account number | | █████5308 | Beginning balance | $38,147.00 |
| Enclosures | | 1 | Total additions | $1,754.00 |
| Avg collected balance | | $39,280.00 | Total subtractions | $146.92 |
| | | | Ending balance | $39,754.08 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1056 | 02-03 | 146.92 | | | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-02 | ACH CREDIT - CVM MORTGAGE AND OWNERFUNDS 170201 | 137.00 |
| 02-06 | DEPOSIT | 513.00 |
| 02-21 | ACH CREDIT - CVM MORTGAGE AND OWNERFUNDS 170217 | 1,104.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 38,147.00 | 02-03 | 38,137.08 | 02-21 | 39,754.08 |
| 02-02 | 38,284.00 | 02-06 | 38,650.08 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

*Thank you for banking with Rabobank*



Rabobank, N.A. - Member FDIC
www.rabobankamerica.com
rev 02-14



02/03/2017    1066    $146.92

Souza
Rabobank – 5308
Check Register, February 2017

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ |
|---|---|---|---|---|---|---|
| Dep. | 2/2 | Rent – 223 Syracuse Valley Oak | | ✓ | 137.00 | |
| Dep. | 2/6 | Winton-Ireland Refund 235 W. Syr. premium cancellation | | | 513.60 | |
| Dep. | 2/21 | Valley Oak 97 W. Canal $920. 121 W. Syr. $92. 223 W. Syr. $92. | | | 1104.00 | |

To reorder call 1.800.652.1111 or visit us at www.bankofamerica.com/checks



**Rabobank, N.A.**
P.O. Box 6002
Rabobank   Arroyo Grande, CA 93421-6002

| | |
|---|---|
| Account Number: | 9930 |
| Last Statement: | January 24, 2017 |
| This Statement: | February 24, 2017 |
| Total days in statement period | 31 |
| | Page 1 of 1 |
| Direct inquiries to: | 800-942-6222 |

RABOBANK
2190 MONTEVISTA AVENUE
TURLOCK CA 95382

OZ 01    **RETURN SERVICE REQUESTED**

LAWRENCE J SOUZA & JUDITH L SOUZA
BANKRUPTCY CASE NO 15-90358-E-11
LAWRENCE, JUDITH SOUZA DEBTORS IN POSS
PO BOX 1943
TURLOCK CA 95381-1943

evg4a
00446

Changes are coming! Effective February 20th, we are enhancing the look and feel of your account statement -- so you can focus on the information most important to you. For questions about your statement, contact your local branch representative.

## Personal Money Market

| | | | |
|---|---|---|---|
| Account number | 9930 | Beginning balance | $326,353.82 |
| Avg collected balance | $326,451.00 | Total additions | $453.06 |
| Interest paid year to date | $152.09 | Total subtractions | $0.00 |
| | | Ending balance | $326,806.88 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-17 | DEPOSIT | 378.20 |
| 02-24 | INTEREST CREDIT | 74.86 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-24 | 326,353.82 | 02-17 | 326,732.02 | 02-24 | 326,806.88 |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.27% |
| Interest-bearing days | 31 |
| Average balance for APY | $326,451.42 |
| Interest earned | $74.86 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

*Thank you for banking with Rabobank*

Rabobank, N.A. · Member FDIC
www.rabobankamerica.com
rev 02-14

3036

DEPOSITED WITH



Rabobank, N.A.

Rabobank

Deposit of 235 W. Syracuse
sale proceeds into
Rabobank - 9930 acct.



DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TR:86 1184-2       02/17/17   05:05 PM
XXXXXX9930 Ck Deposit          $378.20
Thank you for banking at Rabobank.

All items are received subject to conditions and terms stated in the Understanding Your Deposit Account Agreement & Disclosures booklet.